IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action Nos. 08-cv-02055-REB-KLM, 08-cv-02078-REB-KLM, 08-cv-02267-REB-KLM, 08-cv-02420-REB-KLM, and 08-cv-02603-REB-KLM)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

**MINUTE ORDER**[1]

The matter comes before the court on the following motions: (1) the **Unopposed Motion For Leave To Refile Ted Karkus's Reply Memorandum in Further Support of His Motion For Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel** [#33] filed January 5, 2009; and (2) the **Unopposed Motion For Leave To Refile Peter J. Tortora's Genesee County Employees' Retirement System's and Wayne County Employees' Retirement System's Reply Memorandum in Further Support of Their Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel** [#34] filed January 7, 2009. The motions are well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion For Leave To Refile Ted Karkus's Reply Memorandum in Further Support of His Motion For Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel** [#33] filed January 5, 2009, is **GRANTED**, and **Ted Karkus's Reply Memorandum in Further Support of His Motion For Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel**, attached as Exhibit 1, to the motion, is accepted for filing; and

2. That the **Unopposed Motion For Leave To Refile Peter J. Tortora's Genesee County Employees' Retirement System's and Wayne County Employees' Retirement System's Reply Memorandum in Further Support of Their Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel** [#34] filed January 7, 2009, is **GRANTED**, and the **Reply Memorandum of Law in Further Support of the Motion of Peter J. Tortora, Genesee County Employees' Retirement System, and Wayne County Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel**, attached as an exhibit to the motion, is accepted for filing.

Dated: January 16, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.