IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02048-REB-KLM
(Consolidated with Civil Action No. 08-cv-02055-CMA-CBS, 08-cv-02078-MSK-BNB, 08-cv-02267-MSK-CBS, 08-cv-02420-PAB, 08-cv-02603-MSK-BNB)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on a **Joint Motion for Entry of Scheduling Order** [Docket No. 56; Filed June 17, 2009] (the "Motion").

　　　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court enters the following deadlines:

| | |
|---|---|
| Lead Plaintiff's Consolidated Amended Complaint | August 4, 2009 |
| Defendants' Answer or Motion to Dismiss | September 18, 2009 |
| Plaintiff's Response to Motion to Dismiss | October 19, 2009 |
| Defendants' Reply to Motion to Dismiss | November 9, 2009 |

Dated:  June 22, 2009