IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action No. 08-cv-02055-CMA-CBS, 08-cv-02078-MSK-BNB, 08-cv-02267-MSK-CBS, 08-cv-02420-PAB, 08-cv-02603-MSK-BNB)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

## ORDER

This matter having come before the Court to be heard on the Unopposed Motion Concerning Page Limits And Deadlines To Apply To Defendants' Motion To Dismiss; Plaintiff's Opposition Thereto; And Defendants' Reply ("Unopposed Motion"), and good cause having been shown, it is hereby ORDERED:

1.     The Unopposed Motion is granted.

2.     Defendants' Memorandum in Support of their Joint Motion to Dismiss shall not exceed 50 pages (excluding the table of contents, table of authorities, and certificate of service).

4.     Plaintiff's Opposition to the Motion to Dismiss shall not exceed 50 pages (excluding the table of contents, table of authorities, and certificate of service) and shall be filed no later than November 18, 2009.

5.     Defendants' Reply in support of the Motion to Dismiss shall not exceed 25 pages (excluding the table of contents, table of authorities, and certificate of service) and shall be filed no later than December 18, 2009.

**SO ORDERED:**

_____              _____
Date                                             The Honorable Robert E. Blackburn