**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-02048-REB-KLM

(Consolidated with Civil Action Nos. 08-cv-02055-REB-KLM; 08-cv-02078-REB-KLM; 08-cv-02267-REB-KLM; 08-cv-02420-REB-KLM; and 08-cv-02603-REB-KLM)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

**LEAD PLAINTIFF MOVANT TED KARKUS'S REQUEST FOR EXPEDITED
DISPOSITION OF HIS MOTION FOR RECONSIDERATION**

On June 29, 2009, Lead Plaintiff Movant Ted Karkus ("Karkus" or "Movant") filed his motion for reconsideration of this Court's June 15, 2009 Order Re: Motions to Appoint Lead Plaintiff and Counsel (Docket #59).[1] In his motion, Karkus argues that under the Tenth Circuit's opinion in *Grubb v. FDIC*, 868 F.2d 1151 (10th Cir. 1989) and similar authority, he is entitled to appointment under the Private Securities Litigation Act as lead plaintiff. Therefore, the Court committed "clear error" when it denied his motion and appointed the Spectranetics Investor Group ("SIG"), which has a significantly smaller financial interest in the litigation, as the lead plaintiff in these consolidated actions. *See* June 15, 2009 Order Re: Motions to Appoint Lead Plaintiff and Counsel (Docket #55).

Movant is well aware of this Court's busy docket and that criminal matters must take priority over civil actions such as this case. However, Karkus believes that expedited resolution of his motion in the coming weeks will allow this case to move forward (to the benefit of the putative class), while avoiding significant inefficiencies that may later arise

---

[1] Pursuant to D.C.COLO.LCivR 7.1A, undersigned counsel has conferred in good faith with counsel for the Spectranetics Investor Group and defendants who take no position with respect to the relief sought.

should his motion be granted *after* the SIG opposes, or the Court decides, the anticipated motion to dismiss (which is due to be filed on September 18, 2009).  *See* Minute Order (Docket #58).  Karkus submits that the most efficient manner for this case to proceed is on the current schedule, but with the outstanding issue of whether Karkus is the appropriate lead plaintiff resolved by this Court prior to briefing on the anticipated motion to dismiss.

Accordingly, Karkus respectfully requests expedited resolution of his motion for reconsideration by September 18, 2009 or shortly thereafter, if possible.

DATED:  September 2, 2009            Respectfully submitted,

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS


           s/ JEFFREY A. BERENS
            JEFFREY A. BERENS

682 Grant Street
Denver, CO  80203-3507
Telephone:  303/861-1764
303/395-0393 (fax)
Email:  bob@dyerberens.com
Email:  jeff@dyerberens.com

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
HENRY ROSEN
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  henryr@csgrr.com
Email:  trigs@csgrr.com

[Proposed] Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Dated this 2nd day of September, 2009.

                s/ JEFFREY A. BERENS
                JEFFREY A. BERENS

                DYER & BERENS LLP
                682 Grant Street
                Denver, CO 80203-3507
                Email: jeff@dyerberens.com

# Mailing Information for a Case 1:08-cv-02048-REB-KLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **Robert Bruce Carey**
  rcarey@hbsslaw.com,agostnell@careylaw.com,rob.carey@att.net

- **W. Gordon Dobie**
  wdobie@winston.com,ECF_CH@winston.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **Mark S. Goldman**
  mgoldman@labaton.com,mclaughlin@gsk-law.com

- **John F. Head**
  jfhead@headlawyers.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Stephen C. Schulte**
  sschulte@winston.com,psenica@winston.com,mdaun@winston.com,ECF_CH@winston.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Trig Randall Smith**
  trigs@csgrr.com,stremblay@csgrr.com,e_file_sd@csgrr.com

- **Bruce G. Vanyo**
  bruce@kattenlaw.com,sandy.broff@kattenlaw.com

- **Carol C. Villegas**
  cvillegas@labaton.com,ElectronicCaseFiling@labaton.com

- **Richard H. Zelichov**
  richard.zelichov@kattenlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)