**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action Nos. 08-cv-02055-REB-KLM, 08-cv-02078-REB-KLM, 08-cv-02267-REB-KLM, 08-cv-02420-REB-KLM, and 08-cv-02603-REB-KLM)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

**NOTICE OF ENTRY OF APPEARANCE**

I, Charles J. Piven, of Brower Piven, A Professional Corporation, a member in good standing of the bar of this Court, hereby enter my appearance in accordance with D.C.COLO.LCivR 11.1A, in the above-captioned case as Co-Lead Counsel for Lead Plaintiffs Peter J. Tortora, Genesee County Employees' Retirement System, and Wayne County Employees' Retirement System (the "Spectranetics Investor Group").

Dated: September 4, 2009        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Charles J. Piven
　　　　　　　　　　　　　　　　　　Charles J. Piven
　　　　　　　　　　　　　　　　　　**BROWER PIVEN**
　　　　　　　　　　　　　　　　　　  A Professional Corporation
　　　　　　　　　　　　　　　　　　The World Trade Center-Baltimore
　　　　　　　　　　　　　　　　　　401 East Pratt Street, Suite 2525
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202

　　　　　　　　　　　　　　　　　　Telephone: 410-332-0030
　　　　　　　　　　　　　　　　　　Facsimile:  410-685-1300
　　　　　　　　　　　　　　　　　　Email:  piven@browerpiven.com

　　　　　　　　　　　　　　　　　　*Lead Plaintiffs' Co-Lead Counsel*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Alan I. Ellman
Carol C. Villegas
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Lead Plaintiffs' Co-Lead Counsel*

**THE SHUMAN LAW FIRM**
Kip B. Shuman
Rusty E. Glenn
885 Arapahoe Avenue
Boulder, Colorado 80302
Telephone: 303-861-3003
Facsimile: 303-484-4886

*Lead Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 09/04/09                              /s/ Charles J. Piven

2

Jeffrey Allen Berens
jeff@dyerberens.com

Robert Bruce Carey
rcarey@hbsslaw.com
agostnell@careylaw.com
rob.carey@att.net

W. Gordon Dobie
wdobie@winston.com

Rusty Evan Glenn
rusty@shumanlawfirm.com

Mark S. Goldman
mgoldman@labaton.com

John F. Head
jfhead@headlawyers.com

Reed R. Kathrein
reed@hbsslaw.com

Stephen C. Schulte
sschulte@winston.com
psenica@winston.com
mdaun@winston.com

Kip Brian Shuman
kip@shumanlawfirm.com
rusty@shumanlawfirm.com
lisa@shumanlawfirm.com

Christopher J. Keller
ckeller@labaton.com
aellman@labaton.com
cvillegas@labaton.com

Trig Randall Smith
trigs@csgrr.com
stremblay@csgrr.com
sd@csgrr.com

Bruce G. Vanyo
bruce@kattenlaw.com
sandy.broff@kattenlaw.com

Richard H. Zelichov
Richard.zelichov@kattenlaw.com