IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02048-REB-KLM
(Consolidated with Civil Action No. 08-cv-02055-CMA-CBS, 08-cv-02078-MSK-BNB, 08-cv-02267-MSK-CBS, 08-cv-02420-PAB, 08-cv-02603-MSK-BNB)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on a **Joint Motion for Entry of Scheduling Order** [Docket No. 126; Filed February 11, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court enters the following deadlines:

| | |
|---|---|
| Defendants' supplemental motion to dismiss or other response to the Supplemental Complaint | March 12, 2010 |
| Lead Plaintiff's opposition to the Defendants' Response | April 12, 2010 |
| Defendants' reply to Lead Plaintiff's Opposition | May 3, 2010 |

Dated:  February 12, 2010