**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action No. 08-cv-02055-CMA-CBS, 08-cv-02078-MSK-BNB, 08-cv-02267-MSK-CBS, 08-cv-02420-PAB, 08-cv-02603-MSK-BNB)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

---

**NOTICE OF SETTLEMENT**

---

Pursuant to D.C.COLO.LCivR 40.2(C), Defendants The Spectranetics Corporation, Guy A. Childs, Emile Geisenheimer, Jonathan W. McGuire, Craig M. Walker, M.D. and John G. Schulte (collectively, "Defendants") and Lead Plaintiff the Spectranetics Investor Group ("Lead Plaintiff") (collectively "the Parties"), hereby jointly notify the Court that an agreement-in-principle to settle the above-referenced consolidated action has been reached. The Parties are currently negotiating a memorandum of understanding and will proceed to draft and submit a class action stipulation of settlement and related documents required pursuant to Rule 23 of the Federal Rules of Civil Procedure, including the required class notice. Upon completion of these documents, Lead Plaintiff will move the Court for preliminary approval of the settlement, notice to the class, and for hearing on final settlement approval.

The Parties currently anticipate filing a stipulation of settlement and accompanying documents on July 2, 2010.

If, for any reason, the Parties are unable to fully document the settlement, or the settlement is not given final approval by the Court, Defendants will file their reply brief to the supplemental motion to dismiss within ten days of the Parties notifying the Court that they were unable to fully document the settlement or the denial of final approval

Dated: May 3, 2010

*/s/ Kip B. Shuman*
Kip B. Shuman
Rusty E. Glenn
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, CO 80302
Telephone: (303) 861-3003
Fax: (303) 484-4886
Email: kip@shumanlawfirm.com
Email: rusty@shumanlawfirm.com

Lead Plaintiff's Liaison Counsel

*/s/ Richard H. Zelichov*
Bruce G. Vanyo
Richard H. Zelichov
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310-788-4400
Facsimile: 310-788-4471
Email: richard.zelichov@kattenlaw.com

Counsel for Defendants
The Spectranetics Corporation,
Guy A. Childs, Emile Geisenheimer,
Jonathan W. McGuire, and
Craig M. Walker, M.D.

Charles J. Piven
Yelena Trepetin
BROWER PIVEN,
   A Professional Corporation
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Fax: (410) 685-1300
Email: Piven@browerpiven.com

Lead Plaintiff's Co-Lead Counsel

Christopher J. Keller
David Goldsmith
Mark S. Goldman
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
Email:  ckeller@labaton.com

Lead Plaintiff's Co-Lead Counsel

*/s/ Stephen C. Schulte*
Stephen C. Schulte
W. Gordon Dobie
WINSTON AND STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5890
Facsimile:   312-558-5700
Email:   sschulte@winston.com

Counsel for Defendant John G. Schulte

**AUTHORIZATION FOR ELECTRONIC SIGNATURES**

The undersigned hereby certifies that as of this 3rd day of May, 2010, the undersigned has received written confirmation from the above signatories that the submitted document is acceptable and approved for filing and that the undersigned has the authorization of the above signatories to file the submitted document with their electronic signatures.

*/s/ KIP B. SHUMAN*
KIP B. SHUMAN

**Certificate of Service**

I hereby certify that the foregoing was filed with this Court on May 3, 2010 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

s/ Rusty E. Glenn
Rusty E. Glenn