**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action Nos. 08-cv-02055-REB-KLM, 08-cv-02078-REB-KLM, 08-cv-02267-REB-KLM, 08-cv-02420-REB-KLM, and 08-cv-02603-REB-KLM)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

**MINUTE ORDER**[1]

The matter comes before the court on the **Joint Motion For Entry of Scheduling Order** [#138] filed June 30, 2010. The motion is **GRANTED**. Lead plaintiffs' motion for preliminary approval of the settlement shall be filed on **September 17, 2010**.

Dated: June 30, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.