**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02048-REB-KLM

(Consolidated with Civil Action Nos. 08-cv-02055-REB-KLM, 08-cv-02078-REB-KLM, 08-cv-02267-REB-KLM, 08-cv-02420-REB-KLM, and 08-cv-02603-REB-KLM)

In re SPECTRANETICS CORPORATION SECURITIES LITIGATION

**MINUTE ORDER**[1]

In light of the court's issuance of its **Order Preliminarily Approving Settlement and Approving the Form and Manner of Notice** [#152] filed September 13, 2010, the following motions are **DENIED** as moot: [#92], [#95], [#110], [#114], and [#132].

Dated: September 14, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.